No. 95–1757. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 66 v. HOUSTON LIGHTING & POWER CO., A SUBSIDIARY OF HOUSTON INDUSTRIES, INC., AS SUCCESSOR IN INTEREST TO UTILITY FUELS, INC. C. A. 5th Cir. Certiorari denied.

No. 95–1760. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AFL–CIO, LOCAL NO. 243 v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95–1762. DEANNUNTIS v. UNITED STATES; and ATLANTIC SCIENCE & TECHNOLOGY, INC. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–1765. DAN CHASE TAXIDERMY SUPPLY CO., INC., ET AL. v. SUPERIOR FORM BUILDERS, INC. C. A. 4th Cir. Certiorari denied.

No. 95–1766. LAW PRACTICE OF J. B. GROSSMAN, P. A. v. SECURITIES AND EXCHANGE COMMISSION. C. A. 11th Cir. Certiorari denied.

No. 95–1768. BALLARD v. ALBRIGHT, CHAIRMAN, NEWPORT AIRPORT COMMISSION, ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–1769. MCFARLANE v. ESQUIRE MAGAZINE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95–1770. LAFAYETTE MOREHOUSE INC. ET AL. v. CHRONICLE PUBLISHING CO. ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95–1774. MURRAY, AKA COSTA, BY HIS MOTHER AND NEXT FRIEND, MILLER v. THOMPSON, SECRETARY, PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–1781. HENNESSY v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–1784. KOSS ET UX. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.